IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WREN,

      Plaintiff,                    No. 2:09-cv-0417 JFM (PC)

  vs.

SOLANO STATE PRISON, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a properly completed in forma pauperis affidavit. Although plaintiff has provided the certified portion of the affidavit and the certified trust account statement, he failed to provide the last page of the affidavit form signed by plaintiff. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit the appropriate completed affidavit in support of a request to proceed in forma pauperis. Plaintiff need not re-submit the certification or certified trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis is dismissed;

        2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided

1

1 by the Clerk of Court; plaintiff's failure to comply with this order will result in the dismissal of
2 this action; and
3     3. The Clerk of the Court is directed to send plaintiff a new Application to
4 Proceed In Forma Pauperis By a Prisoner.
5 DATED: February 25, 2009.

                              UNITED STATES MAGISTRATE JUDGE

/md/001
wren0417.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT WREN, | | |
| | Plaintiff, | No. 2:09-cv-0417 JFM (PC) |
| vs. | | |
| SOLANO STATE PRISON, et al., | | <u>SUBMISSION OF</u> |
| | Defendants. | <u>IFP</u> |
| _____/ | | |

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

_____ completed IFP affidavit (no certification or certified trust account statement required– previously provided)

DATED:

_____
Plaintiff

3